IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION f/k/a EMPLOYERS REINSURANCE CORPORATION, | ) ) ) ) | CIVIL ACTION NO. 3:12-1299 |
| Plaintiff, | ) ) | JUDGE CAMPBELL |
| vs. | ) ) | MAGISTRATE JUDGE BRYANT |
| HEALTH CARE INDEMNITY, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, by and through undersigned counsel of record, hereby gives notice of the voluntary dismissal without prejudice of this action.

Respectfully submitted,

By: s/William H. Tate
William H. Tate, Esq.
Howard, Tate, Sowell, Wilson, Leathers & Johnson, PLLC
201 Fourth Avenue North, Suite 1900
Nashville, Tennessee 37219
Telephone (615) 256-1125  Fax  (615) 244-5467

*Of Counsel* (to be admitted *pro hac vice*)*:*

Ronald P. Schiller
Daniel J. Layden
Hangley Aronchick Segal & Pudlin & Schiller LLP
One Logan Square
18th and Cherry Streets, 27th Floor
Philadelphia, PA  19103
Telephone 215.568.6200  Fax 215.568.0300

Attorneys for Plaintiff,
Westport Insurance Corporation f/n/a Employers Reinsurance Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of December 2012 a copy of the foregoing Notice of Dismissal without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

>Ronald P. Schiller
>Daniel J. Layden
>Hangley Aronchick Segal & Pudlin & Schiller LLP
>One Logan Square
>18th and Cherry Streets, 27th Floor
>Philadelphia, PA  19103
>Email: rps@hangley.com
>Email: djl@hangley.com

s/William H. Tate