IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WESTPORT INSURANCE CORP. )
                         )
v.                       ) NO. 3-12-01299
                         ) JUDGE CAMPBELL
HEALTH CARE INDEMNITY, INC. )

ORDER

Plaintiff has filed a Notice of Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE